1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  STACEY P. GEIS (CABN 181444)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7126
7        FAX: (415) 436-7234
         staceygeis@gmail.com
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            ) CASE NO. CR 12-00732 CRB
14                                      )
           Plaintiff,                   ) STIPULATION AND ORDER TO
15                                      ) CONTINUE TRIAL DATE
        v.                              )
16                                      )
   CHOU VANG, VANG PAO YANG, and PAO    )
17 VANG,                                )
                                        )
18         Defendant.                   )
                                        )
19

20

21       With the agreement of the parties, and the consent of the defendants, CHOU VANG, VANG

22 PAO YANG, and PAO VANG ("defendants"), the parties hereby request the Court to continue the trial

23 in this matter from November 18, 2013, to March 10, 2014.

24       1.    This case was indicted on October 11, 2011.  Since then the government has produced

25 discovery and responded to a motion to compel discovery.  The parties have also spent considerable

26 time discussing a possible resolution.  Most recently, those discussions were renewed in light of

27 guidance regarding drug cases recently issued by the Department of Justice.

28 //

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
CR 12-00732 CRB

1    2.    The case is currently scheduled to go to trial in 4 weeks, on November 18, 2013. The
2 parties would like additional time to discuss a possible global resolution.  To that end, the parties are
3 requesting a continuance.

4    3.    Government counsel spoke with the Court's clerk on October 17 and again on October
5 18, 2013, who stated that the Court's criminal trial calendar is available for trial on March 10, 2014.
6 That date is available for all parties.

7    4.    This request is the first request for a continuance by the parties.

8    5.    Should the Court grant a continuance of the trial until March 11, 2014, the parties would
9 offer the following pretrial conference and jury selection schedule:

10           <u>Pretrial conference</u>
11           Scheduled for March 4, 2014 at 2:30 p.m.
12           <u>Jury Selection</u>
13           Beginning on March 6, 2014 at 9:00 a.m.
14           <u>Trial Begins</u>
15           March 10, 2014 at 8:30 a.m.

16    6.    The parties would agree to an exclusion of time from November 18, 2013, until March
17 10, 2014, in order to allow for effective preparation and continuity of counsel, pursuant to Title 18
18 U.S.C. § 3161(h)(7)(B)(iv).

19    7.    The parties, with the consent of the defendants, would request that the Court order:  1) the
20 November 18, 2013, trial date and the November 12, 2013, pretrial conference dates be vacated; 2) a
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
CR 12-00732 CRB                                      2

new trial date be scheduled for March 10, 2014; and 3) the period from November 18, 2013, until March 10, 2014, be excluded pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: October 18, 2013          _____/s/_____
                                 Edward Hu, Esq.
                                 Attorney for Chou Vang

DATED: October 18, 2013          _____/s/_____
                                 Eric Guzman, Esq.
                                 Attorney for Vang Pao Yang

DATED: October 18, 2013          _____/s/_____
                                 Suzanne Morris, Esq.
                                 Attorney for Poa Vang

DATED: October 18, 2013          _____/s/_____
                                 Stacey P. Geis
                                 Assistant U.S. Attorney

8.     GOOD CAUSE HAVING BEEN SHOWN, by the request of the parties, and, with the consent of the defendants, the Court orders : 1) the November 18, 2013, trial date and the November 12, 2013, pretrial conference dates be vacated; 2) a new trial date be scheduled for March 10, 2014, with a pretrial conference scheduled for March 4, 2014; and 3) the period from November 18, 2013, until March 10, 2014, be excluded pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _October 21, 2013_____     _____
                                       THE HONORABLE CHARLES R. BREYER
                                       United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
CR 12-00732 CRB                    3